IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BALDWIN ROSE, ET. AL. | No:  07-CR-917  (RPP) |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Priya Chaudhry, attorney for defendant Baldwin Rose, hereby changes her address as follows:

    Priya Chaudhry
    Law Offices of Priya Chaudhry
    80 Pine Street, 33rd Floor
    New York, NY 10005
        Phone: 212.785.5550
        Fax:    212.785.5558
    pchaudhry@chaudhrylaw.com

                      Respectfully submitted,

                         /s/ Priya Chaudhry
                      Priya Chaudhry (PC-3073)
                      pchaudhry@chaudhrylaw.com
                      Law Offices of Priya Chaudhry
                      80 Pine Street, 33rd Floor
                      New York, NY 10005
                          Phone: 212.785.5550
                          Fax:    212.785.5558
                      Attorney for Baldwin Rose