IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BALDWIN ROSE, ET. AL. | No: 07-CR-971 (RPP) |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Priya Chaudhry of Law Offices of Priya Chaudhry hereby makes her appearance on behalf of defendant Baldwin Rose.

Respectfully submitted,

   /s/ Priya Chaudhry
Priya Chaudhry (PC-3073)
pchaudhry@chaudhrylaw.com
Law Offices of Priya Chaudhry
80 Pine Street, 33rd Floor
New York, NY 10005
      Phone: 212.785.5550
      Fax:    212.785.5558
Attorney for Baldwin Rose