UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/08

UNITED STATES OF AMERICA

V.

Baldwin Ross, Defendant

ORDER

07 CR 971 (RPP)

**IT IS ORDERED** that the C.J.A. attorney assigned for today, __DONALD YANNELLA__, is assigned to represent the defendant in the above captioned matter.

**SO ORDERED.**

_____
Honorable Robert P. Patterson, Jr.
United States District Judge

January 31, 2008
Dated: New York, New York

cc: Magistrates